## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KEVIN L. SMITH**                                    **CIVIL ACTION**

**VERSUS**                                            **NO: 06-953**

**FRANCIS J. HARVEY,**                                **SECTION: "K"(2)**
**SECRETARY OF THE ARMY**

### ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the

Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 14 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside.  All

further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this   27th   day of July, 2006.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**

____Fee_____
____Process_____
____Docket_____
____CtRm Dep_____
____Document No._____